EMILY SCHWEERS ET AL., RESPONDENTS, v. ELIZABETH-UNION-HILLSIDE-IRVINGTON LINE, INCORPORATED, APPELLANTS.

Submitted October 25, 1935—Decided January 31, 1936.

For the respondents, *Francis A. Gordon.*

For the appellants, *Charles A. Rooney.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered *per curiam* in the Supreme Court.

*For affirmance*—THE CHANCELLOR, LLOYD, CASE, DONGES, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ. 11.

*For reversal*—None.